# Court of Appeals, State of Michigan

## ORDER

Governor Gretchen Whitmer v Board of State Canvassers

Docket No.    354474; 354475; 354582; 354583; 354794; 354795; 354878

LC No.    00-000000

Kathleen Jansen
Presiding Judge

Amy Ronayne Krause

Michael F. Gadola
Judges

The May 27, 2021 concurring opinion is hereby VACATED, and a new opinion is attached. The new opinion corrects a clerical error in the second and third sentences of the Conclusion.

Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

May 28, 2021
Date

Chief Clerk